[No. 22199-7-III.   Division Three.   September 2, 2004.]

*In the Matter of the Marriage of* Pamela Snyman,
*Respondent*, and John T. Snyman, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 02-3-00154-3, Jack Burchard, J., entered May 27, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22279-9-III.   Division Three.   September 2, 2004.]

The State of Washington, *Respondent*, v. Ronald James Edwards, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01331-6, Tari S. Eitzen, J., entered August 4, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.

[No. 22413-9-III.   Division Three.   September 2, 2004.]

The State of Washington, *Respondent*, v. Cra Danton Smith, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03269-0, Tari S. Eitzen, J., entered September 24, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 50992-6-I.   Division One.   September 7, 2004.]

The State of Washington, *Respondent*, v. Clarence Herman Wright III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04915-6, Michael J. Fox, J., entered August 5, 2002. *Dismissed* by unpublished per curiam opinion.